C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Appellant, *v.* LEW WOHL et al., Copartners Doing Business as CENTERVILLE DAIRY AND MERCHANDISING Co., Respondents.

Submitted October 5, 1943; decided November 18, 1943.

*Robert G. Blabey* and *Donald L. Brush* for appellant.

*Herbert L. Maltinsky* and *Harry L. Marcus* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.